Form van152–od13c VAN–152
Rev. 04/10

# United States Bankruptcy Court
## Central District Of California

**255 East Temple Street, Los Angeles, CA 90012**

# ORDER AND NOTICE OF DISMISSAL
# ARISING FROM CHAPTER 13 CONFIRMATION HEARING [11 U.S.C. § 349]

**DEBTOR INFORMATION:**
Daune L Jones

**BANKRUPTCY NO.** 2:14–bk–12798–VZ

**CHAPTER** 13

**Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):** xxx–xx–2135
**Employer Tax–Identification (EIN) No(s).(if any):** N/A
**Debtor Dismissal Date:** 7/16/14

**Address:**
3951 1/2 3rd Avenue
Los Angeles, CA 90008

Pursuant to the court's findings and conclusions made at the confirmation hearing in this case,
IT IS ORDERED THAT:

(1)  debtor's bankruptcy case is dismissed;

(2)  the court retains jurisdiction on all issues arising under Bankruptcy Code Sections 110, 329 and 362; and

(3)  pursuant to Bankruptcy Code Section 349, debtor is prohibited from filing any new bankruptcy petition unless:

   (a)  debtor files a motion to request permission to file a new bankruptcy case ("Motion"), and the Motion is supported by admissible evidence;

   (b)  the Motion is served upon all creditors;

   (c)  the Motion is set for hearing on regular notice; and

   (d)  the court grants the Motion.

Dated: July 16, 2014

BY THE COURT,
**Kathleen J. Campbell**
Clerk of Court

(Form od13c VAN–152) Rev. 04/10

**32 – 2 / SC**