Joseph C. Delmotte (SBN 259460)
jcdelmotte@piteduncan.com
Robert P. Zahradka (SBN 282706)
rzahradka@piteduncan.com
**PITE DUNCAN, LLP**
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Attorneys for *Secured Creditor* HSBC Bank USA,
National Association as Trustee for Wells Fargo
Home Equity Asset-Backed Securities 2005-2 Trust,
Home Equity Asset-Backed Certificates, Series
2005-2

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:14-bk-12798-VZ |
| DUANE L. JONES, | Chapter 13 |
| Debtor. | **OPPOSITION TO DEBTOR'S MOTION REQUESTING A BANKRUPTCY TO BE FILED** |
| | **SUBJECT PROPERTY**:<br>3951 3rd Avenue,<br>Los Angeles, California 90008<br>**Hearing**:<br>Date: February 9, 2015<br>Time: 11:00 a.m.<br>Place: Ctrm 1368 |

HSBC Bank USA, National Association as Trustee for Wells Fargo Home Equity Asset-Backed Securities 2005-2 Trust, Home Equity Asset-Backed Certificates, Series 2005-2 ("HSBC Bank"), secured creditor of debtor Duane L. Jones ("Debtor"), hereby submits this opposition to Debtor's Motion Requesting A Bankruptcy To Be Filed ("Motion").

## I.    BRIEF PROCEDURAL HISTORY

1.    The property which is the subject of this matter is commonly known as 3951 3rd Avenue, Los Angeles, California 90008 (hereinafter the "Property").

**OPPOSITION TO DEBTOR'S MOTION REQUESTING A BANKRUPTCY TO BE FILED**

2.    On or about May 31, 2005 Debtor executed a promissory note in the principal sum of $315,000.00 (the "Note"), which was made payable to Wells Fargo Bank, N.A. (the "Lender") and secured by a recorded deed of trust (the "Deed of Trust") encumbering the Property recorded on the same day. HSBC Bank currently holds the Note and is entitled to enforce the provisions of the Note and Deed of Trust. Lender indorsed the Note in blank, thereby converting the Note to a bearer instrument and HSBC Bank is currently in rightful possession of the indorsed in blank Note. Copies of the Note and Deed of Trust are attached to HSBC Bank's Proof of Claim (the "Proof of Claim"), filed to this Court's Claims Register ("CCR") on May 5, 2014, as Claim No. 4, and incorporated herein by reference.

3.    On or about September 9, 2011 Debtor filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code, assigned case number 2:11-bk-48377-SK. The case was dismissed on or about December 21, 2011 at debtor's confirmation hearing. A copy of the PACER docket is attached hereto as **Exhibit A** and incorporated herein by reference.

4.    On or about February 28, 2012, Debtor filed a second voluntary petition for relief under Chapter 13 of the Bankruptcy Code, assigned case number #2:12-bk-17069-WB. On November 8, 2012, Debtor's second bankruptcy filing was dismissed at Debtor's confirmation hearing. A copy of the PACER docket is attached hereto as **Exhibit B** and incorporated herein by reference.

5.    On or about May 24, 2013, debtor filed a third voluntary petition for relief under Chapter 13 of the Bankruptcy code and was assigned case number 2:13-bk-23705-VZ; said case was dismissed on or about February 11, 2014. A copy of the PACER docket is attached hereto as **Exhibit C** and incorporated herein by reference

6.    On February 14, 2014, Debtor filed a fourth voluntary petition under Chapter 13 of the Bankruptcy Code in the Central District of California – Los Angeles Division and was assigned bankruptcy case number 2:14-bk-12798-VZ; said case was dismissed on or about July 16, 2014, at Debtor's confirmation hearing. A copy of the PACER docket is attached hereto as **Exhibit D** and incorporated herein by reference.

7.    On December 29, 2014, Debtor filed a Motion to Re-Open Case and File a Motion

**OPPOSITION TO DEBTOR'S MOTION REQUESTING A BANKRUTPCY TO BE FILED**

1  Requesting an Order to Allow a Bankruptcy to be Filed for the purpose of stopping a wage

2  garnishment and to discharge unsecured debt.

3       8.     On behalf of Wells Fargo, N.A., counsel for Creditor now brings this Opposition

4  to the Motion Requesting a Bankruptcy to be Filed.

5  **II.**    <u>**ARGUMENT**</u>

6
7  **A. THE COURT SHOULD NOT REOPEN DEBTOR'S CHAPTER 13 BANKRUPTCY FILING BECAUSE DEBTOR CANNOT EFFECTIVELY REORGANIZE.**
8

9       Pursuant to Wells Fargo Bank's business records, the Debtor has not made 64 pre-

10  petition mortgage payment, resulting in pre-petition arrears in the sum of $121,784.77. In fact,

11  the last payment received was April 5, 2013 (nearly 2 years ago). Clearly, such a delinquency

12  amounts to a substantial and material default. Further, Debtor has not shown any ability to

13  reorganize with any success in any of his previous bankruptcy filings. Allowing the debtor to file

14  another bankruptcy petition/reopen the current bankruptcy would only serve to delay and hinder

15  HSBC's ability to proceed with its state law remedies and will likely require further expenditure.

16  Consequently, Debtor's motion to reopen should be denied.

17
18  **B. THE COURT SHOULD NOT REOPEN DEBTOR'S CHAPTER 13 BANKRUPTCY FILING BECAUSE IT WAS NOT IN GOOD FAITH**

19       Looking to the totality of the circumstances, a court may dismiss a Chapter 13 case for

20  lack of good faith in commencing the case. *In re Love*, 952 F.2d 1350 (7th Cir. 1992); *In re*

21  *Leavitt*, 209 B.R. 935 (B.A.P. 9th Cir. 1997); *In re Goeb*, 675 F.2d 1386, 1390 (9th Cir. 1982).

22  Filing a Chapter 13 case solely to dispute a debt and thwart collection efforts is bad faith

23  warranting dismissal of the case. *In re Brooks,* 216 B.R. 838 (Bankr. N.D. Okla. 1998).

24       As stated above, Debtor has not made 64 pre-petition mortgage payment, resulting in pre-

25  petition arrears in the sum of $121,784.77. In fact, the last payment received was April 5, 2013

26  (nearly 2 years ago).  Additionally, Debtor has filed four different bankruptcy petitions over the

27  course of three years, effectively thwarting Creditors legal collection efforts. The perfidy of

28  Debtor's actions sends a chilling message that the Bankruptcy Code's automatic stay can be

1  misused, consequently undermining the Bankruptcy Code's purpose to protect good faith

2  petitioners. Moreover, Creditor believes that Debtor's serial filing is intended to defraud and

3  prevent Creditor from lawfully exercising its state law remedies. Looking at the totality of the

4  circumstances surrounding this individual debtor, it is apparent that the Debtor is not attempting

5  to reopen his Bankruptcy petition in good faith and is merely an attempt to thwart Creditor's

6  collection efforts. For the foregoing reasons, Creditor requests that Debtor's motion to reopen

7  bankruptcy case be denied as Debtor has abused the bankruptcy system and has purposefully

8  thwarted Creditor from enforcing its rightful and legal remedies in bad faith.

9  **C. THE COURT CANNOT REOPEN DEBTOR'S CHAPTER 13 BANKRUPTCY
10  FILING BECAUSE IT IS NOT FEASIBLE**

11      11 U.S.C § 1325(a)(6) requires debtors to be able to make all plan payments and to

12  comply with the terms set forth in the plan. A reviewing court should confirm a plan only if it

13  appears under all circumstances that the plan has a reasonable likelihood of success. *In re Craig,*

14  112 B.R. 224, 225 (Bankr. N.D. Ohio 1990) (citing *In re Anderson,* 28 B.R. 628, 630 (Bankr.

15  S.D. Ohio 1982)).

16      Debtor has not provide sufficient evidence that this Chapter 13 case and any plan would

17  be feasible. Debtor's Schedule J indicated that the Debtor had a disposable income of $608.00

18  per month. However, the Debtor would have been required to apply $2,029.75 in monthly

19  payments to the Chapter 13 Plan in order to provide for a prompt cure of the pre-petition arrears

20  owed to Creditor in sixty months as required by 11 U.S.C. § 1322(b)(5). As the monthly plan

21  payment sufficient to cure Creditor's pre-petition arrears exceeded the Debtor's monthly

22  disposable income, the debtor lacks sufficient monthly disposable income with which to fund

23  any Plan. Accordingly, Debtor's previous plan did not have a reasonable likelihood of success

24  and the Creditor believes that any future plan will have the same results. Thus, the court should

25  not reopen Debtor's Chapter 13 as proposed because Debtor does not have the means to

26  successfully reorganize and reopening the bankruptcy filing will only serve to delay and hinder

27  HSBC's Bank's ability to foreclose on the property and will require further expenditure.

28  /././

**OPPOSITION TO DEBTOR'S MOTION REQUESTING A BANKRUTPCY TO BE FILED**

**D. THE COURT SHOULD NOT REOPEN DEBTOR'S CHAPTER 13 BANKRUPTCY FILING BECAUSE DEBTOR QUALIFIES AS A SERIAL FILER**

Based on the facts and arguments stated above, the court should not reopen Debtor's Chapter 13 Bankruptcy filing because it will only serve to delay and hinder HSBC Bank's ability to foreclose on the property and will require further expenditure. Moreover, public policy would require the court to dismiss Debtor's motion to reopen Chapter 13 Bankruptcy petition because Debtor has filed for bankruptcy four times over the course of three years and it is in the public and judicial system's interest to deter serial filers.

### III.    CONCLUSION

The court should deny Debtor's motion to reopen a bankruptcy filing because it is against public policy, debtor is a serial filer, and because the purpose of the motion is to delay and hinder HSBC Bank's ability to foreclose on the property.

**WHEREFORE**, HSBC Bank respectfully requests:

1.    The Court deny Debtor's Motion Requesting a Bankruptcy to be Filed;

2.    Alternatively, confirm that no stay is in effect in regards to the Property; and

3.    For such other and further relief as this Court deems just and proper.

**RESPECTFULLY SUBMITTED** this 30th day of January 2015.

**PITE DUNCAN, LLP**

/s/ Robert P. Zahradka
ROBERT ZAHRADKA
Attorney for Wells Fargo Bank, N.A.

**OPPOSITION TO DEBTOR'S MOTION REQUESTING A BANKRUTPCY TO BE FILED**

# 2:11-bk-48377 | Duane LaSalle Jones

### U.S. Bankruptcy Court
### Central District Of California (Los Angeles)
### Bankruptcy Petition #: 2-11-bk-48377-SK

|  |  |
|---|---|
| *Date filed:* | 09/09/2011 |

*Assigned to:* Sandra R. Klein

Chapter 13

Voluntary

Asset

Claims Register

|  |  |
|---|---|
| *Date terminated:* | 02/21/2012 |
| *Debtor dismissed:* | 12/21/2011 |
| *341 meeting:* | 10/14/2011 |

*Debtor disposition:* Dismissed for Other Reason

| **Debtor** | represented by | **Matthew D Resnik** |
|---|---|---|
| **Duane LaSalle Jones** | | Simon Resnik Hayes LLP |
| 3951 1/2 3rd Avenue | | 510 W 6th St |
| Los Angeles, CA 90008 | | Ste 1220 |
| LOS ANGELES-CA | | Los Angeles, CA 90014 |
| SSN / ITIN: xxx-xx-2135 | | 213-572-0800 |
| | | Fax : 213-572-0860 |
| | | Email: matt@srhlawfirm.com |

**Trustee**
**Kathy A Dockery (TR)**
700 S. Flower Street, Suite 1950
Los Angeles, CA 90017
(213) 996-4400

**U.S. Trustee**
**United States Trustee (LA)**
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017
(213) 894-6811

Exhibit A

| Date Filed | # | Docket Text | |
|---|---|---|---|
| 02/21/2012 | **31** | Bankruptcy Case Closed - DISMISSED (Vandensteen, Nancy) (Entered: 02/21/2012) | |
| 02/08/2012 | **30** | ORDER discharging chapter 13 panel trustee and exonerate bond liability Signed on 2/8/2012. (Carranza, Shemainee) (Entered: 02/08/2012) | |
| 02/03/2012 | **29** | Proof of service Filed by (RE: related document(s) 28Chapter 13 Trustee's Final Report and Account (batch)). (Dockery (TR), Kathy) (Entered: 02/03/2012) | |
| 02/02/2012 | **28** | Chapter 13 Trustee's Final Report and Account . (Dockery (TR), Kathy) (Entered: 02/02/2012) | |
| 02/02/2012 | **27** | Declaration re: non-receipt of obj to trustee's final report (Dismissed/Converted Chapter 13 Cases) Filed by. (Dockery (TR), Kathy) (Entered: 02/02/2012) | |
| 01/19/2012 | **26** | BNC Certificate of Notice - PDF Document. (RE: related document(s) 25Motion for relief from the automatic stay REAL PROPERTY (BNC-PDF)) No. of Notices: 1. Notice Date 01/19/2012. (Admin.) (Entered: 01/19/2012) | |
| 01/17/2012 | **25** | Order Denying Motion for relief from the automatic stay REAL PROPERTY (BNC-PDF) (Related Doc # 20) Signed on 1/17/2012 (Vandensteen, Nancy) (Entered: 01/17/2012) | |
| 01/03/2012 | **24** | Notice of Intent to File Trustees Final Report and Account - Chapter 13 Dismissed/Converted . (Dockery (TR), Kathy) (Entered: 01/03/2012) | |
| 12/23/2011 | **23** | BNC Certificate of Notice (RE: related document(s) 22ORDER and Notice of Dismissal arising from Ch 13 Conf. Hrg. (BNC)) No. of Notices: 8. Notice Date 12/23/2011. (Admin.) (Entered: 12/23/2011) | |
| 12/21/2011 | **22** | ORDER and Notice of dismissal arising from chapter 13 confirmation hearing - **Debtor**Dismissed. (BNC) (May, Thais D.) (Entered: 12/21/2011) | |
| 12/15/2011 | 21 | Hearing Set (RE: related document(s) 20Motion for Relief from Stay - Real Property filed by Creditor HSBC Bank USA, National Association, as Trustee for Wells Fargo Asset Securities Corporation Home Equity Asset-Backed Certificates, Series 2005-2) The Hearing date is set for 1/11/2012 at 08:30 AM at Crtrm 1575, 255 E Temple St., Los Angeles, CA 90012. The case judge is Sandra R. Klein (May, Thais D.) (Entered: 12/15/2011) | |
| 12/14/2011 | | Receipt of Motion for Relief from Stay - Real Property(2:11-bk-48377-SK) [motion,nmrp] ( 176.00) Filing Fee. Receipt number 24189773. Fee amount 176.00. (U.S. Treasury) (Entered: 12/14/2011) | |
| 12/14/2011 | **20** | Notice of motion and motion for relief from the automatic stay with supporting declarations REAL PROPERTY RE: 3951 3rd Avenue, Los Angeles, California 90008*with Proof of Service*. | |

Exhibit A

| Date Filed | # | Docket Text | |
|---|---|---|---|
| | | Fee Amount $176, Filed by Creditor HSBC Bank USA, National Association, as Trustee for Wells Fargo Asset Securities Corporation Home Equity Asset-Backed Certificates, Series 2005-2 (Attachments: # 1Exhibit (s) 1 - 3) (Delmotte, Joseph) (Entered: 12/14/2011) | |
| 10/17/2011 | 19 | Objection to Confirmation of Chapter 13 Plan . (Dockery (TR), Kathy) (Entered: 10/17/2011) | |
| 10/03/2011 | 18 | Notice of Hearing Filed by. (Dockery (TR), Kathy) (Entered: 10/03/2011) | |
| 09/23/2011 | 17 | Request for courtesy Notice of Electronic Filing (NEF) Filed by Jared D Bissell on behalf of Courtesy NEF. (Bissell, Jared) (Entered: 09/23/2011) | |
| 09/16/2011 | 16 | Debtor's notice of section 341(a) meeting and hearing on confirmation of chapter 13 plan with copy of chapter 13 plan*With proof of service*Filed by Debtor Duane LaSalle Jones. (Resnik, Matthew) (Entered: 09/16/2011) | |
| 09/16/2011 | 15 | Chapter 13 Plan*With proof of service*Filed by Debtor Duane LaSalle Jones. (Resnik, Matthew) (Entered: 09/16/2011) | |
| 09/16/2011 | 14 | Chapter 13 Statement of Current Monthly and Disposable Income*Amended*Filed by Debtor Duane LaSalle Jones. (Resnik, Matthew) (Entered: 09/16/2011) | |
| 09/16/2011 | 13 | Amended Schedule I , Amended Schedule J*with proof of service*Filed by Debtor Duane LaSalle Jones. (Resnik, Matthew) (Entered: 09/16/2011) | |
| 09/16/2011 | 12 | Declaration RE Tax Returns (Preconfirmation) Filed by Debtor Duane LaSalle Jones. (Resnik, Matthew) (Entered: 09/16/2011) | |
| 09/16/2011 | 11 | Declaration RE: Payment of Domestic Support Obligations Filed by Debtor Duane LaSalle Jones. (Resnik, Matthew) (Entered: 09/16/2011) | |
| 09/14/2011 | 10 | BNC Certificate of Notice (RE: related document(s) 7Case Commencement Deficiency Notice (BNC)) No. of Notices: 1. Service Date 09/14/2011. (Admin.) (Entered: 09/14/2011) | |
| 09/14/2011 | 9 | BNC Certificate of Notice (RE: related document(s) 6Meeting (AutoAssign Chapter 13)) No. of Notices: 8. Service Date 09/14/2011. (Admin.) (Entered: 09/14/2011) | |
| 09/12/2011 | 8 | Notice to Filer of Correction Made/No Action Required:**Petition was filed as complete, but schedules or statements are deficient.THE PROPER DEFICIENCY HAS BEEN ISSUED. THIS ENTRY IS PROVIDED FOR FUTURE REFERENCE.**(RE: related document (s) 1Voluntary Petition (Chapter 13) filed by Debtor Duane LaSalle Jones) (Groves, Monica) (Entered: 09/12/2011) | |
| 09/12/2011 | 7 | | |

Exhibit A

| Date Filed | # | Docket Text | |
|---|---|---|---|
| | | Case Commencement Deficiency Notice to include Db Cert of Empl Income (BNC) (RE: related document(s) 1Voluntary Petition (Chapter 13) filed by Debtor Duane LaSalle Jones) (Groves, Monica) (Entered: 09/12/2011) | |
| 09/09/2011 | 6 | Meeting of Creditors with 341(a) meeting to be held on 10/14/2011 at 01:00 PM at RM 103, 725 S Figueroa St, Los Angeles, CA 90017. Confirmation hearing to be held on 11/17/2011 at 10:00 AM at Crtrm 1575, 255 E Temple St., Los Angeles, CA 90012. Proof of Claim due by 01/12/2012. (Resnik, Matthew) (Entered: 09/09/2011) | |
| 09/09/2011 | 5 | Certificate of Credit Counseling Filed by Debtor Duane LaSalle Jones. (Resnik, Matthew) (Entered: 09/09/2011) | |
| 09/09/2011 | 4 | Statement of Social Security Number(s) Form B21 Filed by Debtor Duane LaSalle Jones. (Resnik, Matthew) (Entered: 09/09/2011) | |
| 09/09/2011 | 3 | Declaration Re: Electronic Filing Filed by Debtor Duane LaSalle Jones. (Resnik, Matthew) (Entered: 09/09/2011) | |
| 09/09/2011 | 2 | Rights and responsibilities agreement between chapter 13 debtors and their attorneys Filed by Debtor Duane LaSalle Jones. (Resnik, Matthew) (Entered: 09/09/2011) | |
| 09/09/2011 | | Receipt of Voluntary Petition (Chapter 13)(2:11-bk-48377) [misc,volp13] ( 274.00) Filing Fee. Receipt number 22382217. Fee amount 274.00. (U.S. Treasury) (Entered: 09/09/2011) | |
| 09/09/2011 | 1 | Chapter 13 Voluntary Petition . Fee Amount $274 Filed by Duane LaSalle Jones (Resnik, Matthew) CORRECTION: Deficient for Db Cert of Empl Income (box checked indicating pay stubs attached, but no pay stubs attached) due 09/23/2011. Incomplete Filings Due 09/23/2011. Section 316 Incomplete Filings due 10/24/2011. WARNING: Item subsequently amended by docket entry 8. Modified on 9/12/2011 (Groves, Monica). (Entered: 09/09/2011) | |

←   1   →

| PACER Service Center | |
|---|---|
| **Receipt:** | 01/30/2015 13:25:30 |
| **User:** | User's PACER account |
| **Client:** | |
| **Description:** | Docket Report |
| | 2:11-bk-48377-SK Fil or Ent: filed Doc From: 0 |
| | Doc To: 99999999 Term: included Format: html |
| | Page counts for documents: included |
| **Pages:** | 3 ($0.30) |

Exhibit A

# 2:12-bk-17069 | Duane LaSalle Jones

**U.S. Bankruptcy Court**

**Central District Of California (Los Angeles)**

**Bankruptcy Petition #: 2:12-bk-17069-WB**

| | |
|---|---|
| | *Date filed:*    02/28/2012 |
| *Assigned to:* Julia W. Brand | |
| Chapter 13 | *Date terminated:*    03/21/2013 |
| Voluntary | |
| Asset | *Debtor dismissed:*    11/08/2012 |
| Claims Register | *341 meeting:*    03/29/2012 |

*Debtor disposition:*   Dismissed for Other Reason

| | | |
|---|---|---|
| ***Debtor*** | represented by | **Matthew D Resnik** |
| **Duane LaSalle Jones** | | Simon Resnik Hayes LLP |
| 3951 1/2 3rd Avenue | | 510 W 6th St |
| Los Angeles, CA 90008 | | Ste 1220 |
| LOS ANGELES-CA | | Los Angeles, CA 90014 |
| SSN / ITIN: xxx-xx-2135 | | 213-572-0800 |
| | | Fax : 213-572-0860 |
| | | Email: matt@srhlawfirm.com |

***Trustee***

**Nancy K Curry (TR)**

1000 Wilshire Blvd., Suite 870

Los Angeles, CA 90017

213-689-3014

***U.S. Trustee***

**United States Trustee (LA)**

915 Wilshire Blvd, Suite 1850

Los Angeles, CA 90017

(213) 894-6811

Exhibit B

| Date Filed | # | Docket Text | |
|---|---|---|---|
| 03/21/2013 | 38 | Bankruptcy Case Closed - DISMISSED. An Order dismissing this case was entered and notice was provided to parties in interest. Since it appears that no further matters are required and that this case remain open, or that the jurisdiction of this Court continue, it is ordered that the Trustee is discharged, bond is exonerated, and the case is closed. (Kaaumoana, William) (Entered: 03/21/2013) | |
| 03/21/2013 | 37 | ORDER discharging chapter 13 panel trustee and exonerate bond liability Signed on 3/21/2013. (Kaaumoana, William) (Entered: 03/21/2013) | |
| 03/14/2013 | 36 | Chapter 13 Trustee's Final Report and Account . (Curry (TR), Nancy) (Entered: 03/14/2013) | |
| 03/14/2013 | 35 | Declaration re: non-receipt of obj to trustee's final report (Dismissed/Converted Chapter 13 Cases)*with proof of service*Filed by Trustee Nancy K Curry (TR). (Curry (TR), Nancy) (Entered: 03/14/2013) | |
| 02/04/2013 | 34 | Notice of Intent to File Trustees Final Report and Account - Chapter 13 Dismissed/Converted*with proof of service*Filed by Trustee Nancy K Curry (TR). (Curry (TR), Nancy) (Entered: 02/04/2013) | |
| 11/10/2012 | 33 | BNC Certificate of Notice (RE: related document(s) 32ORDER and Notice of Dismissal arising from Ch 13 Conf. Hrg. (BNC)) No. of Notices: 8. Notice Date 11/10/2012. (Admin.) (Entered: 11/10/2012) | |
| 11/08/2012 | 32 | ORDER and Notice of dismissal arising from chapter 13 confirmation hearing - **Debtor**Dismissed. (BNC) (Kaaumoana, William) (Entered: 11/08/2012) | |
| 10/05/2012 | 31 | Order Granting in part, Denying in part Application For Compensation - SUPPLEMENTAL FEES (Related Doc # 29) for Matthew D Resnik, fees awarded: $1600.00, expenses awarded: $37.93 Signed on 10/5/2012. (Beauchamp, Sonia) (Entered: 10/05/2012) | |
| 08/10/2012 | 30 | Declaration re: non opposition*with proof of service*Filed by Debtor Duane LaSalle Jones (RE: related document(s) 29Application for Compensation*Notice of Application for Supplemental Fees; with proof of service*for Matthew D Resnik, Debtor's Attorney, Period: to, Fee: $1817.93, Expenses: $37.93.). (Resnik, Matthew) (Entered: 08/10/2012) | |
| 07/17/2012 | 29 | Application for Compensation*Notice of Application for Supplemental Fees; with proof of service*for Matthew D Resnik, Debtor's Attorney, Period: to, Fee: $1817.93, Expenses: $37.93. Filed by Attorney Matthew D Resnik (Resnik, Matthew) (Entered: 07/17/2012) | |
| 07/05/2012 | 28 | BNC Certificate of Notice - PDF Document. (RE: related document(s) 27Order on Motion to Avoid Lien) No. of Notices: 1. Notice Date 07/05/2012. (Admin.) (Entered: 07/05/2012) | |
| 07/03/2012 | 27 | | |

Exhibit B

| Date Filed | # | Docket Text | |
|---|---|---|---|
| | | Order Granting Motion To Avoid Lien Beneficial Financial I, Inc. (Related Doc # 24) Signed on 7/3/2012 (Peters, Sandra) (Entered: 07/03/2012) | |
| 06/08/2012 | **26** | Order Granting Application For Compensation (Supplemental) (Related Doc # 22) for Matthew D Resnik, fees awarded: $712.83, expenses awarded: $ Signed on 6/8/2012. (Kaaumoana, William) (Entered: 06/08/2012) | |
| 06/06/2012 | 25 | Hearing Set (RE: related document(s) 24Motion to Avoid Lien filed by Debtor Duane LaSalle Jones) The Hearing date is set for 6/21/2012 at 10:00 AM at Crtrm 1375, 255 E Temple St., Los Angeles, CA 90012. The case judge is Julia W. Brand (Kaaumoana, William) (Entered: 06/06/2012) | |
| 05/30/2012 | **24** | Motion to Avoid Lien 3951 & 3951 1/2 3rd Avenue Los Angeles, CA 90008 with Beneficial Financial I, Inc.*Hearing June 21, 2012 at 10:00AM in Crtrm 1375 with proof of service*Filed by Debtor Duane LaSalle Jones (Attachments: # 1Supplement Declaration of debtor and Exhibits A & B# 2Supplement Declaration of Appraiser and Exhibit C) (Resnik, Matthew) (Entered: 05/30/2012) | |
| 04/23/2012 | **23** | Declaration re: non opposition*with proof of service*Filed by Debtor Duane LaSalle Jones (RE: related document(s) 22Application for Compensation*Notice of Application for Supplemental Fees; with proof of service*for Matthew D Resnik, Debtor's Attorney, Period: to, Fee: $712.83, Expenses: $4.83.). (Resnik, Matthew) (Entered: 04/23/2012) | |
| 04/04/2012 | **22** | Application for Compensation*Notice of Application for Supplemental Fees; with proof of service*for Matthew D Resnik, Debtor's Attorney, Period: to, Fee: $712.83, Expenses: $4.83. Filed by Attorney Matthew D Resnik (Resnik, Matthew) (Entered: 04/04/2012) | |
| 03/28/2012 | **21** | BNC Certificate of Notice - PDF Document. (RE: related document(s) 20Motion for Order Imposing a Stay or Continuing the Automatic Stay (BNC-PDF)) No. of Notices: 2. Notice Date 03/28/2012. (Admin.) (Entered: 03/28/2012) | |
| 03/26/2012 | **20** | Order Granting Motion for Order Imposing a Stay or Continuing the Automatic Stay (BNC-PDF) (Related Doc # 6). Signed on 3/26/2012 (Kaaumoana, William) (Entered: 03/26/2012) | |
| 03/16/2012 | **19** | Request for courtesy Notice of Electronic Filing (NEF) Filed by Webb, Kristin. (Webb, Kristin) (Entered: 03/16/2012) | |
| 03/09/2012 | **18** | Chapter 13 Trustee's Notice of Requirements*with Proof of Service*. (Curry (TR), Nancy) (Entered: 03/09/2012) | |
| 03/08/2012 | **17** | Declaration Re: Electronic Filing Filed by Debtor Duane LaSalle Jones. (Resnik, Matthew) (Entered: 03/08/2012) | |
| 03/08/2012 | **16** | | |

Exhibit B

| Date Filed | # | Docket Text | |
|---|---|---|---|
| | | Declaration RE Tax Returns (Preconfirmation) , Declaration RE: Payment of Domestic Support Obligations Filed by Debtor Duane LaSalle Jones. (Resnik, Matthew) (Entered: 03/08/2012) | |
| 03/08/2012 | **15** | Debtor's Certification of Employment Income Filed by Debtor Duane LaSalle Jones (RE: related document(s) 1Voluntary Petition (Chapter 13)). (Resnik, Matthew) (Entered: 03/08/2012) | |
| 03/08/2012 | **14** | Debtor's notice of section 341(a) meeting and hearing on confirmation of chapter 13 plan with copy of chapter 13 plan*with proof of service*Filed by Debtor Duane LaSalle Jones. (Resnik, Matthew) (Entered: 03/08/2012) | |
| 03/08/2012 | **13** | Chapter 13 Plan Filed by Debtor Duane LaSalle Jones (RE: related document(s) 1Chapter 13 Voluntary Petition . Fee Amount $281 Filed by Duane LaSalle Jones Schedule A due 03/13/2012. Schedule B due 03/13/2012. Schedule C due 03/13/2012. Schedule D due 03/13/2012. Schedule E due 03/13/2012. Schedule F due 03/13/2012. Schedule G due 03/13/2012. Schedule H due 03/13/2012. Schedule I due 03/13/2012. Schedule J due 03/13/2012. Statement of Financial Affairs due 03/13/2012. Chapter 13 Plan due by 03/13/2012. Statement - Form 22C Due: 03/13/2012. Summary of schedules due 03/13/2012. Declaration concerning debtors schedules due 03/13/2012. Statistical Summary due 03/13/2012. Debtor Certification of Employment Income due by 03/13/2012. Incomplete Filings due by 03/13/2012..). (Resnik, Matthew) (Entered: 03/08/2012) | |
| 03/08/2012 | | Receipt of Amended Creditor Matrix (Fee)(2:12-bk-17069-WB) [misc,amdcm] ( 30.00) Filing Fee. Receipt number 25815585. Fee amount 30.00. (U.S. Treasury) (Entered: 03/08/2012) | |
| 03/08/2012 | **12** | Summary of Schedules , Statistical Summary of Certain Liabilities, Schedule A , Schedule B , Schedule C , Schedule D , Schedule E , Schedule F , Schedule G , Schedule H , Schedule I , Schedule J , Declaration concerning debtor's schedules , Statement of Financial Affairs , Chapter 13 Statement of Current Monthly and Disposable Income , Amendment to List of Creditors. Fee Amount $30 Filed by Debtor Duane LaSalle Jones (RE: related document(s) 1Voluntary Petition (Chapter 13)). (Resnik, Matthew) (Entered: 03/08/2012) | |
| 03/03/2012 | **11** | BNC Certificate of Notice (RE: related document(s) 1Voluntary Petition (Chapter 13) filed by Debtor Duane LaSalle Jones) No. of Notices: 1. Notice Date 03/03/2012. (Admin.) (Entered: 03/05/2012) | |
| 03/03/2012 | **10** | BNC Certificate of Notice (RE: related document(s) 1Voluntary Petition (Chapter 13) filed by Debtor Duane LaSalle Jones) No. of Notices: 1. Notice Date 03/03/2012. (Admin.) (Entered: 03/05/2012) | |
| 03/03/2012 | **9** | BNC Certificate of Notice (RE: related document(s) 8Meeting (AutoAssign Chapter 13)) No. of Notices: 7. Notice Date 03/03/2012. (Admin.) (Entered: 03/05/2012) | |

Exhibit B

| Date Filed | # | Docket Text | |
|---|---|---|---|
| 02/29/2012 | 7 | Hearing Set (RE: related document(s) 6Motion for Relief - Imposing a Stay or Continuing the Automatic Stay filed by Debtor Duane LaSalle Jones) The Hearing date is set for 3/20/2012 at 10:00 AM at Crtrm 1375, 255 E Temple St., Los Angeles, CA 90012. The case judge is Julia W. Brand (Milano, Sonny) (Entered: 02/29/2012) | |
| 02/29/2012 | | Receipt of Motion for Relief - Imposing a Stay or Continuing the Automatic Stay(2:12-bk-17069-WB) [motion,nmis] ( 176.00) Filing Fee. Receipt number 25645563. Fee amount 176.00. (U.S. Treasury) (Entered: 02/29/2012) | |
| 02/29/2012 | 6 | Notice of Motion and Motion in Individual Case for Order Imposing a Stay or Continuing the Automatic Stay as the Court Deems Appropriate 3951-3951 1/2 3rd Ave Los Angeles, CA 90008*Hearing March 20, 2012 at 10:00AM in Crtrm 1375 with proof of service.* Fee Amount $176, Filed by Debtor Duane LaSalle Jones (Resnik, Matthew) (Entered: 02/29/2012) | |
| 02/28/2012 | 8 | Meeting of Creditors with 341(a) meeting to be held on 03/29/2012 at 10:00 AM at RM 103, 725 S Figueroa St, Los Angeles, CA 90017. Confirmation hearing to be held on 11/07/2012 at 10:00 AM at Crtrm 1375, 255 E Temple St., Los Angeles, CA 90012. Proof of Claim due by 06/27/2012. (Resnik, Matthew) (Entered: 02/28/2012) | |
| 02/28/2012 | 5 | Certificate of Credit Counseling Filed by Debtor Duane LaSalle Jones. (Resnik, Matthew) (Entered: 02/28/2012) | |
| 02/28/2012 | 4 | Statement of Social Security Number(s) Form B21 Filed by Debtor Duane LaSalle Jones. (Resnik, Matthew) (Entered: 02/28/2012) | |
| 02/28/2012 | 3 | Declaration Re: Electronic Filing Filed by Debtor Duane LaSalle Jones. (Resnik, Matthew) (Entered: 02/28/2012) | |
| 02/28/2012 | | Receipt of Voluntary Petition (Chapter 13)(2:12-bk-17069) [misc,volp13] ( 281.00) Filing Fee. Receipt number 25632323. Fee amount 281.00. (U.S. Treasury) (Entered: 02/28/2012) | |
| 02/28/2012 | 2 | Rights and responsibilities agreement between chapter 13 debtors and their attorneys Filed by Debtor Duane LaSalle Jones. (Resnik, Matthew) (Entered: 02/28/2012) | |
| 02/28/2012 | 1 | Chapter 13 Voluntary Petition . Fee Amount $281 Filed by Duane LaSalle Jones Schedule A due 03/13/2012. Schedule B due 03/13/2012. Schedule C due 03/13/2012. Schedule D due 03/13/2012. Schedule E due 03/13/2012. Schedule F due 03/13/2012. Schedule G due 03/13/2012. Schedule H due 03/13/2012. Schedule I due 03/13/2012. Schedule J due 03/13/2012. Statement of Financial Affairs due 03/13/2012. Chapter 13 Plan due by 03/13/2012. Statement - Form 22C Due: 03/13/2012. Summary of schedules due 03/13/2012. Declaration concerning debtors schedules due 03/13/2012. Statistical Summary due 03/13/2012. Debtor Certification of Employment Income due by 03/13/2012. | |

Exhibit B

| Date Filed | # | Docket Text | |
|---|---|---|---|
| | | Incomplete Filings due by 03/13/2012. (Resnik, Matthew)Section 316 Incomplete Filing Due 4/13/2012. Modified on 3/1/2012 (Clodfelter, Ellen). (Entered: 02/28/2012) | |

←        1        →

Exhibit B

# 2:13-bk-23705 | Duane L Jones

### U.S. Bankruptcy Court
### Central District Of California (Los Angeles)
### Bankruptcy Petition #: 2:13-bk-23705-VZ

| | |
|---|---|
| | *Date filed:*    05/24/2013 |
| *Assigned to:* Vincent P. Zurzolo | |
| Chapter 13 | *Date terminated:*    07/21/2014 |
| Voluntary | |
| Asset | *Debtor dismissed:*    02/11/2014 |
| Claims Register | *341 meeting:*    07/02/2013 |

*Debtor disposition:*  Dismissed for Other Reason

| | | |
|---|---|---|
| ***Debtor*** | represented by | **Duane L Jones** |
| **Duane L Jones** | | PRO SE |
| 3951 1/2 3rd Ave | | |
| Los Angeles, CA 90008 | | |
| LOS ANGELES-CA | | |
| SSN / ITIN: xxx-xx-2135 | | |
| *aka* **Duane Lasalle Jones** | | |

***Trustee***
**Nancy K Curry (TR)**
1000 Wilshire Blvd., Suite 870
Los Angeles, CA 90017
213-689-3014

***U.S. Trustee***
**United States Trustee (LA)**
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017
(213) 894-6811

Exhibit C

| Date Filed | # | Docket Text | |
|---|---|---|---|
| 07/21/2014 | 32 | Bankruptcy Case Closed - DISMISSED. An Order dismissing this case was entered and notice was provided to parties in interest. Since it appears that no further matters are required and that this case remain open, or that the jurisdiction of this Court continue, it is ordered that the Trustee is discharged, bond is exonerated, and the case is closed. (Vandensteen, Nancy) (Entered: 07/21/2014) | |
| 07/11/2014 | 31 | ORDER discharging chapter 13 panel trustee and exonerate bond liability Signed on 7/11/2014. (Carranza, Shemainee) (Entered: 07/11/2014) | |
| 06/30/2014 | 30 | Chapter 13 Trustee's Final Report and Account . (Curry (TR), Nancy) (Entered: 06/30/2014) | |
| 06/30/2014 | 29 | Declaration re: non-receipt of obj to trustee's final report (Dismissed/Converted Chapter 13 Cases)*with proof of service*Filed by Trustee Nancy K Curry (TR). (Curry (TR), Nancy) (Entered: 06/30/2014) | |
| 05/23/2014 | 28 | Notice of Intent to File Trustees Final Report and Account - Chapter 13 Dismissed/Converted*with proof of service*Filed by Trustee Nancy K Curry (TR). (Curry (TR), Nancy) (Entered: 05/23/2014) | |
| 02/13/2014 | 27 | BNC Certificate of Notice (RE: related document(s) 26ORDER and Notice of Dismissal arising from Ch 13 Conf. Hrg. (BNC)) No. of Notices: 8. Notice Date 02/13/2014. (Admin.) (Entered: 02/13/2014) | |
| 02/11/2014 | 26 | ORDER and Notice of dismissal arising from chapter 13 confirmation hearing - **Debtor**Dismissed. (BNC) (RE: related document(s) 2Meeting (AutoAssign Chapter 13)) (Le, James) (Entered: 02/11/2014) | |
| 02/03/2014 | 25 | Disclosure of compensation of bankruptcy petition preparer , Statement of assistance of non-attorney Filed by Debtor Duane L Jones . (Le, James) (Entered: 02/03/2014) | |
| 02/03/2014 | 24 | Motion to Extend Deadline to File Schedules or Provide Required Information Filed by Debtor Duane L Jones (Le, James) (Entered: 02/03/2014) | |
| 10/03/2013 | 23 | Objection to Confirmation of Chapter 13 Plan*: Trustee's First Supplemental Objection to Confirmation Plan with Proof of Service.* (Curry (TR), Nancy) (Entered: 10/03/2013) | |
| 07/22/2013 | 22 | Withdrawal re:*Objection to Confirmation of Chapter 13 Plan*Filed by Creditor HSBC Bank USA, National Association as Trustee for Wells Fargo Home Equity Asset-Backed Securities 2005-2 Trust, Home Equity Asset-Backed Certificates, Series 2005-2 (RE: related document (s) 14Objection to Confirmation of the Plan). (Zahradka, Robert) (Entered: 07/22/2013) | |
| 07/10/2013 | 21 | BNC Certificate of Notice (RE: related document(s) 20Notice of Deficiency of Filing Fees Required to Add Additional Creditors (BNC)) No. of Notices: 1. Notice Date 07/10/2013. (Admin.) (Entered: 07/10/2013) | |

Exhibit C

| Date Filed | # | Docket Text | |
|---|---|---|---|
| 07/08/2013 | **20** | Notice of Deficiency of Filing Fees Required to Add Additional Creditors (BNC) (RE: related document(s) 19Verification of List of Creditors (Mailing List) filed by Debtor Duane L Jones) (Tom, Bock) (Entered: 07/08/2013) | |
| 07/03/2013 | **15** | Objection to Confirmation of Chapter 13 Plan*with Proof of Service*. (Curry (TR), Nancy) (Entered: 07/03/2013) | |
| 07/02/2013 | **19** | AMENDED Verification of List of Creditors (Mailing List) Filed by Debtor Duane L Jones . (Queen, Sandra) CORRECTION: Additional creditors added (fee not paid). Modified on 7/5/2013 (Queen, Sandra). (Entered: 07/05/2013) | |
| 07/02/2013 | **18** | Debtor's Certification of Employment Income AMENDED Filed by Debtor Duane L Jones . (Queen, Sandra) (Entered: 07/05/2013) | |
| 07/02/2013 | **17** | Amended Chapter 13 Plan Filed by Debtor Duane L Jones (RE: related document(s) 12Chapter 13 Plan Filed by Debtor Duane L Jones (RE: related document(s) 1Chapter 13 Voluntary Petition . Fee Amount $281 Filed by Duane L Jones Schedule A due 6/7/2013. Schedule B due 6/7/2013. Schedule C due 6/7/2013. Schedule D due 6/7/2013. Schedule E due 6/7/2013. Schedule F due 6/7/2013. Schedule G due 6/7/2013. Schedule H due 6/7/2013. Schedule I due 6/7/2013. Schedule J due 6/7/2013. Statement of Financial Affairs due 6/7/2013. Chapter 13 Plan due by 6/7/2013. Statement - Form 22C Due: 6/7/2013.Statement of Related Case due 6/7/2013. Notice of available chapters due 6/7/2013. Statement of assistance of non-attorney due 6/7/2013. Summary of schedules due 6/7/2013. Declaration concerning debtors schedules due 6/7/2013. Disclosure of compensation of bankruptcy petition preparer due 6/7/2013. Decl. and Ntc. by Petition Preparer (Form 19) due by 6/7/2013. Statistical Summary due 6/7/2013. Debtor Certification of Employment Income due by 6/7/2013. Incomplete Filings due by 6/7/2013. Section 316 Incomplete Filings due 7/8/2013.).). (Queen, Sandra) (Entered: 07/05/2013) | |
| 07/02/2013 | **16** | Amended Schedule I Filed by Debtor Duane L Jones . (Queen, Sandra) (Entered: 07/05/2013) | |
| 06/24/2013 | **14** | Objection to Confirmation of Plan Filed by Creditor HSBC Bank USA, National Association as Trustee for Wells Fargo Home Equity Asset-Backed Securities 2005-2 Trust, Home Equity Asset-Backed Certificates, Series 2005-2 (RE: related document(s) 12Chapter 13 Plan Filed by Debtor Duane L Jones (RE: related document(s) 1Chapter 13 Voluntary Petition. Fee Amount $281 Filed by Duane L Jones Schedule A due 6/7/2013. Schedule B due 6/7/2013. Schedule C due 6/7/2013. Schedule D due 6/7/2013. Schedule E due 6/7/2013. Schedule F due 6/7/2013. Schedule G due 6/7/2013. Schedule H due 6/7/2013. Schedule I due 6/7/2013. Schedule J due 6/7/2013. Statement of Financial Affairs due 6/7/2013. Chapter 13 Plan due by 6/7/2013. Statement - Form 22C Due: 6/7/2013.Statement of Related Case due 6/7/2013. Notice of available chapters due 6/7/2013. Statement of assistance of non-attorney due 6/7/2013. Summary of schedules due 6/7/2013. Declaration concerning | |

Exhibit C

| Date Filed | # | Docket Text | |
|---|---|---|---|
| | | debtors schedules due 6/7/2013. Disclosure of compensation of bankruptcy petition preparer due 6/7/2013. Decl. and Ntc. by Petition Preparer (Form 19) due by 6/7/2013. Statistical Summary due 6/7/2013. Debtor Certification of Employment Income due by 6/7/2013. Incomplete Filings due by 6/7/2013. Section 316 Incomplete Filings due 7/8/2013.).). (Zahradka, Robert) (Entered: 06/24/2013) | |
| 06/07/2013 | **13** | Verification of List of Creditors (Mailing List) AMENDED (fee not paid). Filed by Debtor Duane L Jones . (Queen, Sandra) (Entered: 06/11/2013) | |
| 06/07/2013 | **12** | Chapter 13 Plan Filed by Debtor Duane L Jones (RE: related document(s) 1Chapter 13 Voluntary Petition . Fee Amount $281 Filed by Duane L Jones Schedule A due 6/7/2013. Schedule B due 6/7/2013. Schedule C due 6/7/2013. Schedule D due 6/7/2013. Schedule E due 6/7/2013. Schedule F due 6/7/2013. Schedule G due 6/7/2013. Schedule H due 6/7/2013. Schedule I due 6/7/2013. Schedule J due 6/7/2013. Statement of Financial Affairs due 6/7/2013. Chapter 13 Plan due by 6/7/2013. Statement - Form 22C Due: 6/7/2013.Statement of Related Case due 6/7/2013. Notice of available chapters due 6/7/2013. Statement of assistance of non-attorney due 6/7/2013. Summary of schedules due 6/7/2013. Declaration concerning debtors schedules due 6/7/2013. Disclosure of compensation of bankruptcy petition preparer due 6/7/2013. Decl. and Ntc. by Petition Preparer (Form 19) due by 6/7/2013. Statistical Summary due 6/7/2013. Debtor Certification of Employment Income due by 6/7/2013. Incomplete Filings due by 6/7/2013. Section 316 Incomplete Filings due 7/8/2013.). (Queen, Sandra) (Entered: 06/11/2013) | |
| 06/07/2013 | **11** | Debtor's Certification of Employment Income , Statement of assistance of non-attorney , Disclosure of compensation of bankruptcy petition preparer , Declaration and Signature of Non-Attorney Bankruptcy Petition Preparer (Form 19) , Statement of related cases , Notice of available chapters Filed by Debtor Duane L Jones (RE: related document(s) 1Voluntary Petition (Chapter 13)). (Queen, Sandra) (Entered: 06/11/2013) | |
| 06/07/2013 | **10** | Summary of Schedules , Statistical Summary of Certain Liabilities, Schedule A , Schedule B , Schedule C , Schedule D , Schedule E , Schedule F , Schedule G , Schedule H , Schedule I , Schedule J , Declaration concerning debtor's schedules , Statement of Financial Affairs , Chapter 13 Statement of Current Monthly and Disposable Income Filed by Debtor Duane L Jones (RE: related document(s) 1Voluntary Petition (Chapter 13)). (Queen, Sandra) (Entered: 06/11/2013) | |
| 06/06/2013 | **9** | Request for courtesy Notice of Electronic Filing (NEF) Filed by Zahradka, Robert. (Zahradka, Robert) (Entered: 06/06/2013) | |
| 06/03/2013 | **8** | Chapter 13 Trustee's Notice of Requirements*with Proof of Service*. (Curry (TR), Nancy) (Entered: 06/03/2013) | |
| 05/27/2013 | | | |

Exhibit C

| Date Filed | # | Docket Text | |
|---|---|---|---|
| | | Notice of Debtor's Prior Filings for debtor Duane L Jones Case Number 11-48377, Chapter 13 filed in California Central Bankruptcy on 09/09/2011 , Dismissed for Other Reason on 12/21/2011; Case Number 12-17069, Chapter 13 filed in California Central Bankruptcy on 02/28/2012 , Dismissed for Other Reason on 11/08/2012.(Admin) (Entered: 05/27/2013) | |
| 05/26/2013 | 7 | BNC Certificate of Notice (RE: related document(s) 1Voluntary Petition (Chapter 13) filed by Debtor Duane L Jones) No. of Notices: 1. Notice Date 05/26/2013. (Admin.) (Entered: 05/27/2013) | |
| 05/26/2013 | 6 | BNC Certificate of Notice (RE: related document(s) 1Voluntary Petition (Chapter 13) filed by Debtor Duane L Jones) No. of Notices: 1. Notice Date 05/26/2013. (Admin.) (Entered: 05/27/2013) | |
| 05/26/2013 | 5 | BNC Certificate of Notice (RE: related document(s) 2Meeting (AutoAssign Chapter 13)) No. of Notices: 5. Notice Date 05/26/2013. (Admin.) (Entered: 05/27/2013) | |
| 05/24/2013 | | Receipt of Chapter 13 Filing Fee - $281.00 by 93. Receipt Number 20166545. (admin) (Entered: 05/27/2013) | |
| 05/24/2013 | 4 | Certificate of Credit Counseling Filed by Debtor Duane L Jones . (Mcguire, Debra) (Entered: 05/24/2013) | |
| 05/24/2013 | 3 | Statement of Social Security Number(s) Form B21 Filed by Debtor Duane L Jones . (Mcguire, Debra) (Entered: 05/24/2013) | |
| 05/24/2013 | 2 | Meeting of Creditors with 341(a) meeting to be held on 07/02/2013 at 01:00 PM at RM 103, 725 S Figueroa St, Los Angeles, CA 90017. Confirmation hearing to be held on 02/10/2014 at 09:00 AM at Crtrm 1368, 255 E Temple St., Los Angeles, CA 90012. Proof of Claim due by 09/30/2013. (Mcguire, Debra) (Entered: 05/24/2013) | |
| 05/24/2013 | 1 | Chapter 13 Voluntary Petition . Fee Amount $281 Filed by Duane L Jones Schedule A due 6/7/2013. Schedule B due 6/7/2013. Schedule C due 6/7/2013. Schedule D due 6/7/2013. Schedule E due 6/7/2013. Schedule F due 6/7/2013. Schedule G due 6/7/2013. Schedule H due 6/7/2013. Schedule I due 6/7/2013. Schedule J due 6/7/2013. Statement of Financial Affairs due 6/7/2013. Chapter 13 Plan due by 6/7/2013. Statement - Form 22C Due: 6/7/2013.Statement of Related Case due 6/7/2013. Notice of available chapters due 6/7/2013. Statement of assistance of non-attorney due 6/7/2013. Summary of schedules due 6/7/2013. Declaration concerning debtors schedules due 6/7/2013. Disclosure of compensation of bankruptcy petition preparer due 6/7/2013. Decl. and Ntc. by Petition Preparer (Form 19) due by 6/7/2013. Statistical Summary due 6/7/2013. Debtor Certification of Employment Income due by 6/7/2013. Incomplete Filings due by 6/7/2013. Section 316 Incomplete Filings due 7/8/2013. (Mcguire, Debra) (Entered: 05/24/2013) | |

Exhibit C

←    1    →

Exhibit C

# 2:14-bk-12798 | Daune L Jones

### U.S. Bankruptcy Court
### Central District Of California (Los Angeles)
### Bankruptcy Petition #: 2:14-bk-12798-VZ

|  |  |
|---|---|
| | *Date filed:* 02/14/2014 |
| *Assigned to:* Vincent P. Zurzolo | |
| Chapter 13 | *Date terminated:* 07/24/2014 |
| Voluntary | |
| Asset | *Debtor dismissed:* 07/16/2014 |
| Claims Register | *341 meeting:* 03/25/2014 |

*Debtor disposition:*  Dismissed for Other Reason

| | |
|---|---|
| ***Debtor*** | represented by   **Deborah R Bronner** |
| **Daune L Jones** | 11600 Washington Pl Ste 116B |
| 3951 1/2 3rd Avenue | Los Angeles, CA 90066 |
| Los Angeles, CA 90008 | 310-572-1286 |
| LOS ANGELES-CA | Fax : 310-572-0112 |
| 213-999-1717 | Email: debbronner@aol.com |
| SSN / ITIN: xxx-xx-2135 | |

***Trustee***
**Nancy K Curry (TR)**
1000 Wilshire Blvd., Suite 870
Los Angeles, CA 90017
213-689-3014

***U.S. Trustee***
**United States Trustee (LA)**
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017
(213) 894-6811

## Exhibit D

| Date Filed | # | Docket Text | |
|---|---|---|---|
| 01/22/2015 | 42 | Hearing Set (RE: related document(s) 41Generic Motion filed by Debtor Daune L Jones) The Hearing date is set for 2/9/2015 at 11:00 AM at Crtrm 1368, 255 E Temple St., Los Angeles, CA 90012. The case judge is Vincent P. Zurzolo (Pickett, Betty) (Entered: 01/22/2015) | |
| 12/03/2014 | **41** | Motion*Notice of Motion and Motion Requesting A Bankruptcy To Be Filed; Declaration of Duane Jones; Exhibits; Proposed Order with proof of service*Filed by Debtor Daune L Jones (Bronner, Deborah) (Entered: 12/03/2014) | |
| 11/21/2014 | 40 | Notice to Filer of Correction Made/No Action Required:**Other: CORRECTION: Judges' initials not included in case number on PDF. -THIS ENTRY IS PROVIDED FOR FUTURE REFERENCE.**(RE: related document(s) 39Withdrawal re: filed by Debtor Daune L Jones) (Johnson, Tina R.) (Entered: 11/21/2014) | |
| 11/21/2014 | **39** | Withdrawal re:*Notice of Motion, Motion, and Amended Motion to Re-open case and file a motion requesting a bankruptcy to be filed with proof of service*Filed by Debtor Daune L Jones (RE: related document(s) 36Motion to Reopen Chapter 13 Case*With proof of service*. Fee Amount $235, 38Amended Motion (related document(s): 36Motion to Reopen Chapter 13 Case*With proof of service*. Fee Amount $235 filed by Debtor Daune L Jones)*Amended Notice of Motion and Motion to Re-Open Case and File a Motion Requesting a Bankruptc)*. (Bronner, Deborah) (Entered: 11/21/2014) | |
| 11/19/2014 | **38** | Amended Motion (related document(s): 36Motion to Reopen Chapter 13 Case*With proof of service*. Fee Amount $235 filed by Debtor Daune L Jones)*Amended Notice of Motion and Motion to Re-Open Case and File a Motion Requesting a Bankruptcy to Be filed; Declaration of Duane Jones; Exhibits; Propsoed order with proof of service*Filed by Debtor Daune L Jones (Bronner, Deborah) (Entered: 11/19/2014) | |
| 11/14/2014 | | Receipt of Motion to Reopen Case(2:14-bk-12798-VZ) [motion,mreop] ( 235.00) Filing Fee. Receipt number 38530794. Fee amount 235.00. (re: Doc[36]) (U.S. Treasury) | |
| 11/14/2014 | 37 | Notice to Filer of Error and/or Deficient Document**Incorrect hearing date/time/location was selected.THE FILER IS INSTRUCTED TO FILE AN AMENDED NOTICE OF HEARING WITH CORRECT HEARING INFORMATION.**(RE: related document(s) 36Motion to Reopen Case filed by Debtor Daune L Jones) (Johnson, Tina R.) (Entered: 11/14/2014) | |
| 11/14/2014 | | Receipt of Motion to Reopen Case(2:14-bk-12798-VZ) [motion,mreop] ( 235.00) Filing Fee. Receipt number 38530794. Fee amount 235.00. (re: Doc# 36) (U.S. Treasury) (Entered: 11/14/2014) | |
| 11/14/2014 | **36** | Motion to Reopen Chapter 13 Case*With proof of service*. Fee Amount $235 Filed by Debtor Daune L Jones (Bronner, Deborah) (Entered: 11/14/2014) | |

Exhibit D

| Date Filed | # | Docket Text | |
|---|---|---|---|
| 07/24/2014 | 35 | Bankruptcy Case Closed - DISMISSED. An Order dismissing this case was entered and notice was provided to parties in interest. Since it appears that no further matters are required and that this case remain open, or that the jurisdiction of this Court continue, it is ordered that the Trustee is discharged, bond is exonerated, and the case is closed. (Vandensteen, Nancy) (Entered: 07/24/2014) | |
| 07/24/2014 | 34 | Chapter 13 Trustee's Final Report and Account . (Curry (TR), Nancy) (Entered: 07/24/2014) | |
| 07/18/2014 | 33 | BNC Certificate of Notice (RE: related document(s) 32ORDER and Notice of Dismissal arising from Ch 13 Conf. Hrg. (11 U.S.C. Section 349) (BNC)) No. of Notices: 11. Notice Date 07/18/2014. (Admin.) (Entered: 07/18/2014) | |
| 07/16/2014 | 32 | ORDER and Notice of dismissal arising from chapter 13 confirmation hearing (11 U.S.C. Section 349)(BNC) -**Debtor**Dismissed Barred Debtor Jones, Daune L starting 7/16/2014 to 12/31/3000 (RE: related document(s) 2Meeting (AutoAssign Chapter 13)) (Carranza, Shemainee) (Entered: 07/16/2014) | |
| 05/31/2014 | 31 | BNC Certificate of Notice - PDF Document. (RE: related document(s) 29Order on Motion to Avoid Lien (BNC-PDF)) No. of Notices: 1. Notice Date 05/31/2014. (Admin.) (Entered: 05/31/2014) | |
| 05/31/2014 | 30 | BNC Certificate of Notice - PDF Document. (RE: related document(s) 28Order on Motion to Avoid Lien (BNC-PDF)) No. of Notices: 1. Notice Date 05/31/2014. (Admin.) (Entered: 05/31/2014) | |
| 05/29/2014 | 29 | Order Denying Debtor's Motion to Avoid Judicial Lien of Ford Motor Credit (BNC-PDF) (Related Doc # 9) Signed on 5/29/2014 (Carranza, Shemainee) (Entered: 05/29/2014) | |
| 05/29/2014 | 28 | Order Denying Debtor's Motion to Avoid Judicial Lien of Ford Motor Credit (BNC-PDF) (Related Doc # 8) Signed on 5/29/2014 (Carranza, Shemainee) (Entered: 05/29/2014) | |
| 05/28/2014 | 27 | Personal Financial Management Course Certificate for Debtor (Geving, Allison) (Entered: 05/28/2014) | |
| 05/15/2014 | 26 | BNC Certificate of Notice (RE: related document(s) 25Notice of Requirement to Complete Course in Financial Management (Auto VAN-105) (BNC)) No. of Notices: 1. Notice Date 05/15/2014. (Admin.) (Entered: 05/15/2014) | |
| 05/12/2014 | 25 | Notice of Requirement to Complete Course in Financial Management (Auto VAN-105) (BNC). (AutoDocket, User) (Entered: 05/12/2014) | |
| 04/18/2014 | 24 | Declaration re: Entry Of Order Without Hearing Pursuant To LBR 9013-1(o) Filed by Debtor Daune L Jones (RE: related document(s) 8Motion to Avoid Lien 3636 Birch St #290, Newport Beach, CA 92660 with Ford Mte Credit c/o Mac Dowell & Associates). (Le, James) (Entered: 04/21/2014) | |

Exhibit D

| Date Filed | # | Docket Text | |
|---|---|---|---|
| 04/18/2014 | **23** | Declaration re: Entry Of Order Without Hearing Pursuant To LBR 9013-1(o) Filed by Debtor Daune L Jones (RE: related document(s) 9Motion to Avoid Lien 3636 Birch St Ste 290, Newport Beach, CA 92660 with Chrysler c/o Mac Dowell & Associates). (Le, James) (Entered: 04/21/2014) | |
| 04/14/2014 | **22** | Objection to Confirmation of Plan*with Proof of Service and Exhibits*Filed by Creditor HSBC Bank USA, National Association as Trustee for Wells Fargo Home Equity Asset-Backed Securities 2004-2 Trust, Home Equity Asset-Backed Certificates, Series 2004-2 (RE: related document(s) 11Chapter 13 Plan Filed by Debtor Daune L Jones (RE: related document(s) 1Chapter 13 Voluntary Petition. Fee Amount $281 Filed by Daune L Jones Schedule A due 2/28/2014. Schedule B due 2/28/2014. Schedule C due 2/28/2014. Schedule D due 2/28/2014. Schedule E due 2/28/2014. Schedule F due 2/28/2014. Schedule G due 2/28/2014. Schedule H due 2/28/2014. Schedule I due 2/28/2014. Schedule J due 2/28/2014. Statement of Financial Affairs due 2/28/2014. Chapter 13 Plan due by 2/28/2014. Statement - Form 22C Due: 2/28/2014. Summary of schedules due 2/28/2014. Declaration concerning debtors schedules due 2/28/2014. Statistical Summary due 2/28/2014. Debtor Certification of Employment Income due by 2/28/2014. Incomplete Filings due by 2/28/2014. Section 316 Incomplete Filings due by 3/31/14).). (Sharma, Dhruv) (Entered: 04/14/2014) | |
| 03/27/2014 | **21** | Objection to Confirmation of Chapter 13 Plan*with Proof of Service.* (Curry (TR), Nancy) (Entered: 03/27/2014) | |
| 03/21/2014 | **20** | Request for courtesy Notice of Electronic Filing (NEF) Filed by Sharma, Dhruv. (Sharma, Dhruv) (Entered: 03/21/2014) | |
| 03/19/2014 | **19** | Disclosure of compensation of bankruptcy petition preparer , Declaration and Signature of Non-Attorney Bankruptcy Petition Preparer (Form 19) Filed by Debtor Daune L Jones . (Le, James) (Entered: 03/20/2014) | |
| 03/19/2014 | **18** | Declaration re: Entry Of Order Without Hearing Pursuant To LBR 9013-1(o) Filed by Debtor Daune L Jones (RE: related document(s) 9Motion to Avoid Lien 3636 Birch St Ste 290, Newport Beach, CA 92660 with Chrysler c/o Mac Dowell & Associates). (Le, James) (Entered: 03/20/2014) | |
| 03/19/2014 | **17** | Disclosure of compensation of bankruptcy petition preparer , Declaration and Signature of Non-Attorney Bankruptcy Petition Preparer (Form 19) Filed by Debtor Daune L Jones . (Le, James) (Entered: 03/20/2014) | |
| 03/19/2014 | **16** | Declaration re: Entry Of Order Without Hearing Pursuant To LBR 9013-1(o) Filed by Debtor Daune L Jones (RE: related document(s) 8Motion to Avoid Lien 3636 Birch St #290, Newport Beach, CA 92660 with Ford Mte Credit c/o Mac Dowell & Associates). (Le, James) (Entered: 03/20/2014) | |

Exhibit D

| Date Filed | # | Docket Text | |
|---|---|---|---|
| 03/10/2014 | | Receipt of Amendment Filing Fee - $30.00 by 23. Receipt Number 20178953. (admin) (Entered: 03/11/2014) | |
| 03/02/2014 | **15** | BNC Certificate of Notice (RE: related document(s) 14Notice of Deficiency of Filing Fees Required to Add Additional Creditors (BNC)) No. of Notices: 1. Notice Date 03/02/2014. (Admin.) (Entered: 03/02/2014) | |
| 02/28/2014 | **14** | Notice of Deficiency of Filing Fees Required to Add Additional Creditors (BNC) (RE: related document(s) 13Summary of Schedules filed by Debtor Daune L Jones, Statistical Summary of Certain Liabilities, Schedule A - Real Property, Schedule B - Personal Property, Schedule C, Schedule D - Creditors Holding Secured Claims, Schedule E - Creditors Holding Unsecured Priority Claims, Schedule F - Creditors Holding Unsecured Nonpriority Claims, Schedule G, Schedule H, Schedule I - Average Income, Schedule J - Current Expenditures, Declaration Re Sched, Statement of Financial Affairs, Declaration and Signature by BPP (Form 19), Debtor's Certification of Employment Income, Chapter 13 Statement of Current Monthly and Disposable Income) (Carranza, Shemainee) (Entered: 02/28/2014) | |
| 02/27/2014 | **13** | Summary of Schedules , Statistical Summary of Certain Liabilities, Schedule A , Schedule B , Schedule C , Schedule D , Schedule E , Schedule F , Schedule G , Schedule H , Schedule I , Schedule J , Declaration concerning debtor's schedules , Statement of Financial Affairs , Declaration and Signature of Non-Attorney Bankruptcy Petition Preparer (Form 19) , Debtor's Certification of Employment Income , Chapter 13 Statement of Current Monthly and Disposable Income Filed by Debtor Daune L Jones (RE: related document(s) 1Voluntary Petition (Chapter 13)). (Carranza, Shemainee) (Entered: 02/28/2014) | |
| 02/27/2014 | **12** | Debtor's notice of section 341(a) meeting and hearing on confirmation of chapter 13 plan with copy of chapter 13 plan Filed by Debtor Daune L Jones . (Carranza, Shemainee) (Entered: 02/28/2014) | |
| 02/27/2014 | **11** | Chapter 13 Plan Filed by Debtor Daune L Jones (RE: related document(s) 1Chapter 13 Voluntary Petition . Fee Amount $281 Filed by Daune L Jones Schedule A due 2/28/2014. Schedule B due 2/28/2014. Schedule C due 2/28/2014. Schedule D due 2/28/2014. Schedule E due 2/28/2014. Schedule F due 2/28/2014. Schedule G due 2/28/2014. Schedule H due 2/28/2014. Schedule I due 2/28/2014. Schedule J due 2/28/2014. Statement of Financial Affairs due 2/28/2014. Chapter 13 Plan due by 2/28/2014. Statement - Form 22C Due: 2/28/2014. Summary of schedules due 2/28/2014. Declaration concerning debtors schedules due 2/28/2014. Statistical Summary 2/28/2014. Debtor Certification of Employment Income due by 2/28/2014. Incomplete Filings due by 2/28/2014. Section 316 Incomplete Filings due by 3/31/14). (Carranza, Shemainee) (Entered: 02/28/2014) | |
| 02/25/2014 | **10** | | |

Exhibit D

| Date Filed | # | Docket Text | |
|---|---|---|---|
| | | Chapter 13 Trustee's Notice of Requirements *with Proof of Service*. (Curry (TR), Nancy) (Entered: 02/25/2014) | |
| 02/19/2014 | 9 | Motion to Avoid Lien 3636 Birch St Ste 290, Newport Beach, CA 92660 with Chrysler c/o Mac Dowell & Associates Filed by Debtor Daune L Jones (Carranza, Shemainee) (Entered: 02/21/2014) | |
| 02/19/2014 | 8 | Motion to Avoid Lien 3636 Birch St #290, Newport Beach, CA 92660 with Ford Mte Credit c/o Mac Dowell & Associates Filed by Debtor Daune L Jones (Carranza, Shemainee) (Entered: 02/21/2014) | |
| 02/17/2014 | | Notice of Debtor's Prior Filings for debtor Daune L Jones Case Number 13-23705, Chapter 13 filed in California Central Bankruptcy on 05/24/2013 , Dismissed for Other Reason on 02/11/2014; Case Number 11-48377, Chapter 13 filed in California Central Bankruptcy on 09/09/2011 , Dismissed for Other Reason on 12/21/2011; Case Number 12-17069, Chapter 13 filed in California Central Bankruptcy on 02/28/2012 , Dismissed for Other Reason on 11/08/2012.(Admin) (Entered: 02/17/2014) | |
| 02/16/2014 | 7 | BNC Certificate of Notice (RE: related document(s) 1 Voluntary Petition (Chapter 13) filed by Debtor Daune L Jones) No. of Notices: 1. Notice Date 02/16/2014. (Admin.) (Entered: 02/16/2014) | |
| 02/16/2014 | 6 | BNC Certificate of Notice (RE: related document(s) 1 Voluntary Petition (Chapter 13) filed by Debtor Daune L Jones) No. of Notices: 1. Notice Date 02/16/2014. (Admin.) (Entered: 02/16/2014) | |
| 02/16/2014 | 5 | BNC Certificate of Notice (RE: related document(s) 2 Meeting (AutoAssign Chapter 13)) No. of Notices: 8. Notice Date 02/16/2014. (Admin.) (Entered: 02/16/2014) | |
| 02/14/2014 | | Receipt of Chapter 13 Filing Fee - $281.00 by 23. Receipt Number 20178013. (admin) (Entered: 02/17/2014) | |
| 02/14/2014 | 4 | Certificate of Credit Counseling Filed by Debtor Daune L Jones . (Tatum, Shafari) (Entered: 02/14/2014) | |
| 02/14/2014 | 3 | Statement of Social Security Number(s) Form B21 Filed by Debtor Daune L Jones . (Tatum, Shafari) (Entered: 02/14/2014) | |
| 02/14/2014 | 2 | Meeting of Creditors with 341(a) meeting to be held on 03/25/2014 at 03:00 PM at RM 1, 915 Wilshire Blvd., 10th Floor, , Los Angeles, CA 90017. Confirmation hearing to be held on 07/14/2014 at 09:00 AM at Crtrm 1368, 255 E Temple St., Los Angeles, CA 90012. Proof of Claim due by 06/23/2014. (Tatum, Shafari) (Entered: 02/14/2014) | |
| 02/14/2014 | 1 | Chapter 13 Voluntary Petition . Fee Amount $281 Filed by Daune L Jones Schedule A due 2/28/2014. Schedule B due 2/28/2014. Schedule C due 2/28/2014. Schedule D due | |

Exhibit D

| Date Filed | # | Docket Text | |
|---|---|---|---|
| | | 2/28/2014. Schedule E due 2/28/2014. Schedule F due 2/28/2014. Schedule G due 2/28/2014. Schedule H due 2/28/2014. Schedule I due 2/28/2014. Schedule J due 2/28/2014. Statement of Financial Affairs due 2/28/2014. Chapter 13 Plan due by 2/28/2014. Statement - Form 22C Due: 2/28/2014. Summary of schedules due 2/28/2014. Declaration concerning debtors schedules due 2/28/2014. Statistical Summary due 2/28/2014. Debtor Certification of Employment Income due by 2/28/2014. Incomplete Filings due by 2/28/2014. Section 316 Incomplete Filings due by 3/31/14 (Tatum, Shafari) (Entered: 02/14/2014) | |

←    1    →

Exhibit D

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933

A true and correct copy of the foregoing document entitled (*specify*): <u>Opposition to Debtor's Motion Requesting a</u>
<u>Bankruptcy to be Filed</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR
5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General
Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)
<u>January 30, 2015      </u>I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined
that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated
below:

*Ch.13 Trustee*: Nancy K. Curry                    ecfnc@trustee13.com
*U.S. Trustee:*                                    ustpregion16.la.ecf@usdoj.gov
*Debtor's Attorney*: Deborah Bronner               debbronner@aol.com

☐  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) <u>January 30, 2015                </u>    I served the following persons and/or entities at the last known addresses in
this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the
United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration
that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

*Debtor:*
Duane L. Jones
3951 1/2 3rd Ave
Los Angeles, CA 90008

*Presiding Judge:*
Honorable Vincent P. Zurzolo
Central District of California - Los Angeles Division
255 E. Temple St, Suite 1360
Los Angeles, CA 90012-3332

☐  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method
for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served
the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to
such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration
that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is
filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 30, 2015 | KELSEY M. RICCI | /s/ KELSEY M. RICCI |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**